# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# WESTERN DIVISION

**BYRON ALEXANDER MEZA CAMPBELL, #10255-003**            **PETITIONER**

**VERSUS**            **CIVIL ACTION NO. 5:10-cv-11-DCB-JMR**

**CCA/ACCC, et al.**            **RESPONDENTS**

## ORDER

This matter is before the court, <u>sua sponte</u>, to review the application for habeas corpus pursuant to 28 U.S.C. § 2241 filed February 1, 2010, by petitioner. The petitioner names CCA/ACCC, UDC, DHO, BOP and Vance Laughlin as the respondents in this cause. A writ of habeas corpus is "directed to the person having custody of the person detained." 28 U.S.C. § 2243. Thus, the only proper respondent in a habeas petition is the warden of the facility where the petitioner is incarcerated. Having reviewed the court record, it is hereby,

ORDERED AND ADJUDGED:

1. That CCA/ACCC, UDC, DHO and BOP are dismissed with prejudice as respondents in this cause.

2. That the respondent, Vance Laughlin, file an answer in this cause within twenty days of the service of a copy of this order.

3. That the clerk of this court shall serve, <u>by certified mail</u>, a copy of the summons, petition filed herein and a copy of this order upon **Civil Process Clerk**, Office of the United States Attorney for the Southern District of Mississippi, 188 E. Capitol St., Suite 500, Jackson, Mississippi 39201; **Attorney General of the United States**, at United States Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001; and **Vance Laughlin,** Warden, CI Adams County Correctional Institution, P.O. Box 850, Washington, MS 39190.

4. That the clerk of this court shall also serve a copy of this order upon **petitioner** by mailing same to petitioner's last known address.

SO ORDERED, this the 24th day of June, 2010.


    s/David Bramlette
UNITED STATES DISTRICT JUDGE